UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No.: 15-cv-00189-JLS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS/APPEAL MANDATE HEARING**<br><br>**[ECF No. 198]** |

  Presently before the Court is a Joint Request to Continue Spreading the Mandate: Status/Appeal Mandate Hearing (ECF No. 198). In their joint motion, the Parties represent that counsel for each side are unavailable to attend the Status/Mandate Appeal Hearing on January 6, 2022, "due to pre-scheduled vacation and family obligations." (*Id.* at 1.) Counsel for Plaintiffs will be on "pre-paid vacation January 5–9, 2022" (ECF No. 198-1 ¶ 3), and counsel for Defendants "will be out of the country from January 5, 2022 through and including January 9, 2022, assisting an elderly relative [with] obtaining medical care and services in Mexico" (ECF No. 198-2 ¶ 2).

///

///

///

///

1

15-cv-00189-JLS-NLS

1     Good cause appearing, the Court hereby **GRANTS** the Parties' joint motion (ECF
2 No. 198) and **CONTINUES** the Status/Appeal Mandate Hearing to **January 14, 2022**, at
3 **3:30 PM** in Courtroom 4D.
4     **IT IS SO ORDERED.**
5 Dated: December 21, 2021

                                                         Hon. Janis L. Sammartino
                                                         United States District Judge