UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>   Defendants. | Case No.: 15-cv-00189-JLS-NLS<br><br>**ORDER RESETTING TIME OF AND CONVERTING STATUS/APPEAL MANDATE HEARING**<br><br>**[ECF No. 199]** |

On the Court's own motion, the Status/Appeal Mandate Hearing previously set in this matter for January 14, 2022, at 3:30 PM (ECF No. 199) is hereby **RESET** to January 14, 2022, at **11:30 AM**. Additionally, in light of the ongoing COVID-19 pandemic, the Court hereby **CONVERTS** the Status/Appeal Mandate Hearing to a telephonic hearing. The parties shall contact the Court's Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov for instructions on appearing at the hearing telephonically.

**IT IS SO ORDERED.**

Dated: January 10, 2022

Hon. Janis L. Sammartino
United States District Judge