UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, CASSANDRA GARCIA, C.N.G., a minor, and C.J.G., a minor, by and through their Guardian Ad Litem, DONALD WALKER<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY, POLINKSY CHILDREN'S CENTER, CAITLIN MCCANN, GLORIA ESCAMILLA-HUIDOR, SRISUDA WALSH, JESUS SALCIDO, MARTHA PALAFOX, LAURA QUINTANILLA, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 15-CV-189 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING AND BRIEFING DATE**<br><br>(ECF No. 203) |

Presently before the Court is the Parties' Joint Motion to Continue Status Hearing and Briefing Date ("Joint Mot.," ECF No. 203). The Parties represent that they are exploring the possibility of resolving the case and have agreed to attend a mediation on March 2, 2022; accordingly, they request a 45-day continuance of the status hearing and deadline to submit a joint status hearing brief. *Id.* at 1.

///

///

///

1

|   |   |
|---|---|
| 1 | Good cause appearing, the Court **GRANTS** the Parties' Joint Motion.  The Court **CONTINUES** the status hearing to 3:00 p.m. on April 22, 2022.  The Parties **SHALL FILE** a joint status hearing brief on or before April 29, 2022. |

**IT IS SO ORDERED.**

Dated: February 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge