UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, CASSANDRA GARCIA, C.N.G., a minor, and C.J.G., a minor, by and through their Guardian Ad Litem, DONALD WALKER<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY, POLINKSY CHILDREN'S CENTER, CAITLIN MCCANN, GLORIA ESCAMILLA-HUIDOR, SRISUDA WALSH, JESUS SALCIDO, MARTHA PALAFOX, LAURA QUINTANILLA, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 15-CV-189 JLS (NLS)<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE STATUS HEARING**<br><br>(ECF No. 206) |

Presently before the Court is the Parties' Joint Status Conference Brief ("Joint Req.," ECF No. 206). The Parties represent that they have reached a tentative settlement of the case; accordingly, they request a 45-day continuance of the status hearing to allow them to enter into a formal settlement agreement and submit a petition for approval of minor's interest. *Id.* at 1.

///

///

///

1 |      Good cause appearing, the Court **GRANTS** the Parties' Joint Request.  The Court
2 | **CONTINUES** the status hearing to <u>3:00 p.m. on June 9, 2022</u>.
3 |      **IT IS SO ORDERED.**
4 | Dated:  April 22, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge