UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, CASSANDRA GARCIA, C.N.G., a minor, and C.J.G., a minor, by and through their Guardian Ad Litem, DONALD WALKER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY, POLINKSY CHILDREN'S CENTER, CAITLIN MCCANN, GLORIA ESCAMILLA-HUIDOR, SRISUDA WALSH, JESUS SALCIDO, MARTHA PALAFOX, LAURA QUINTANILLA, and Does 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 15-CV-189 JLS (NLS)<br><br>**ORDER VACATING JUNE 7, 2022 STATUS HEARING**<br><br>(ECF No. 207) |

The Parties are presently scheduled to appear before the Court for a status hearing on June 9, 2022. *See* ECF No. 207. However, on June 7, 2022, Plaintiffs filed an unopposed Motion to Confirm Minor's Compromise. *See* ECF No. 208. In light of the foregoing, the Court **VACATES** the June 7, 2022 status hearing.

**IT IS SO ORDERED.**

Dated: June 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge