# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, CASSANDRA GARCIA, C.N.G., a minor, and C.J.G., a minor, by and through their Guardian Ad Litem, DONALD WALKER,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY, POLINKSY CHILDREN'S CENTER, CAITLIN MCCANN, GLORIA ESCAMILLA-HUIDOR, SRISUDA WALSH, JESUS SALCIDO, MARTHA PALAFOX, LAURA QUINTANILLA, and Does 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 15-CV-189 JLS (NLS)<br><br>**ORDER (1) GRANTING JOINT MOTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION TO RULE ON PETITION FOR APPROVAL OF MINOR'S INTEREST IN SETTLEMENT OF ACTION AND (2) TRANSFERRING JURISDICTION TO RULE ON SAID PETITION TO MAGISTRATE JUDGE**<br><br>(ECF No. 210) |

      Presently before the Court is the Parties' Joint Motion to Consent to Magistrate Judge Jurisdiction to Rule on Petition for Approval of Minor's Interest in Settlement of Action ("Joint Mot.," ECF No. 210).

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **TRANSFERS** jurisdiction over all issues presented by the Petition for Approval of Minor's Interest in Settlement of Action (ECF No. 208) to Magistrate Judge Nita L. Stormes.

**IT IS SO ORDERED.**

Dated: June 27, 2022

Hon. Janis L. Sammartino
United States District Judge