UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA; CASSANDRA GARCIA, C.N.G, a minor, C.J.G., a minor by and through their Guardian Ad Litem, DONALD WALKER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CAITLIN MCCANN; GLORIA ESCAMILLA-HUIDOR,<br><br>Defendants. | Case No.:  15cv189-JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE DISMISSAL**<br><br>**[ECF No. 213]** |

Before the Court is the parties' Joint Motion to Continue the deadline to file a joint motion to dismiss the case. ECF No. 213.  On July 27, 2022, the Court granted the Motion to Confirm Minor's Compromise, and set a deadline of August 10, 2022 to file a joint motion to dismiss the case. ECF No. 212.  The parties state that they need additional time due to delays in issuing the annuity that is part of the Minor's Compromise.  ECF No. 213.

//

1      Good cause appearing, the Court **GRANTS** the motion and **CONTINUES** the
2 deadline to file the joint motion to dismiss to <u>**August 25, 2022**</u>.
3      **IT IS SO ORDERED.**
4 Dated:  August 9, 2022

Hon. Nita L. Stormes
United States Magistrate Judge