# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GARCIA, CASSANDRA GARCIA, C.N.G., a minor, and C.J.G., a minor, by and through their Guardian Ad Litem, DONALD WALKER<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY, POLINKSY CHILDREN'S CENTER, CAITLIN MCCANN, GLORIA ESCAMILLA-HUIDOR, SRISUDA WALSH, JESUS SALCIDO, MARTHA PALAFOX, LAURA QUINTANILLA, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 15-CV-189 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 215) |

Presently before the Court is the Parties' Joint Motion to Dismiss Case ("Joint Mot.," ECF No. 215). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the above-entitled case in its entirety, with each side bearing its own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 26, 2022

Hon. Janis L. Sammartino
United States District Judge